UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID GANEK,

    Plaintiff,

v.

DAVID LEIBOWITZ et al.,

    Defendants.

15 cv-1446 (WHP)

## ORDER

Prospective plaintiff David Ganek has submitted to the Court a proposed complaint that he intends to file in this district on or before February 27, 2015. Mr. Ganek has indicated that there is some question as to whether portions of the proposed complaint relating to a warrant affidavit must be filed under seal.

Based on the record before it, including the arguments presented by counsel for Mr. David Ganek and the Declaration of Anna Benvenutti Hoffmann and accompanying exhibits, the Court finds no basis for these portions of the complaint to be filed under seal.

SO ORDERED.

Dated: New York, NY

    February 25, 2015

By: _____
Jed S. Rakoff
U.S. District Judge
PART 1