UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID GANEK,

        Plaintiff,

v.

DAVID LEIBOWITZ, et al          No. 15-CV-1446 (WP)

        Defendants.

Affidavit of Service

    I, Daniel Lander, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York:

    On March 24, 2015 at 12:10 pm I served true copies of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET, VERIFIED COMPLAINT; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE WILLIAM H. PAULEY III; ELECTRONIC CASE FILING RULES & INSTRUCTIONS FOR THE SOUTHERN DISTRICT OF NEW YORK**, on David Chaves via hand delivery by leaving with Timothy Lucey who is designated by law to accept service of process on behalf of David Chaves at the following address as set forth below:

David Chaves
c/o Tara L. Semos
Associate Division Counsel
Federal Bureau of Investigation
Legal Unit
26 Federal Plaza
New York, NY

_/s/ Daniel Lander_
Daniel Lander

Sworn before me this 25th of March, 2015

_____
Notary Public

Anna Hoffmann
Notary Public - State of New York
No. 02HO6196756
Qualified in New York County
Commission Expires Nov. 17, 2016